**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JULIAN HERNANDEZ ROCHA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02407-SHL-cgc |
| CHRISTOPHER BULLOCK, Acting Director of the New Orleans Field Office of ICE, in his official capacity, | ) | |
| Respondent. | ) | |

**ORDER REQUIRING RESPONSE AND STAYING TRANSFER**

On April 9, 2026, Petitioner Julian Hernandez Rocha filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Hernandez Rocha challenges his continued detention in the West Tennessee Detention Facility under 8 U.S.C. § 1225(b)(2)(A), arguing instead that § 1226(a) is the applicable provision.  (Id. at PageID 1, 3.)  He seeks immediate release from Respondent's custody.  (Id.)  He states that he served the Petition via email on Respondent's attorney, Assistant United States Attorney Stuart Canale.  (Id. at PageID 16.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)     Hernandez Rocha shall, within **five days** of this Order, **serve the Petition (ECF No. 1) and this Order (ECF No. 6)** on Respondent, and deliver a copy of this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**.

(2)     Within **five days** after Hernandez Rocha fully complies with the above requirement, Respondent shall respond to the Petition in writing.

(3)     Hernandez Rocha may file a reply within **two days** after Respondent's responsive

filing.

(4)    Respondent shall not transfer Hernandez Rocha out of the West Tennessee

Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 10th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE