**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JULIAN HERNANDEZ ROCHA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02407-SHL-cgc |
| CHRISTOPHER BULLOCK, Acting Director of the New Orleans Field Office of ICE, in his official capacity, | ) | |
| Respondent. | ) | |

**ORDER DIRECTING RESPONDENT TO UPDATE POSITION**

On April 9, 2026, Petitioner Julian Hernandez Rocha filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) [1] Hernandez Rocha challenges his continued detention in the West Tennessee Detention Facility under 8 U.S.C. § 1225(b)(2)(A), arguing instead that § 1226(a) is the applicable provision. (Id. at PageID 1, 3.) He seeks immediate release from Respondent's custody. (Id.) On April 15, Respondent responded. (ECF No. 11.) The next day, Hernandez Rocha replied. (ECF No. 12.)

On May 11, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, --- F.4th ---, 2026 WL 1283891 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the interior of the United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing. Lopez-Campos, 2026 WL 1283891, at *13.

In view of the Sixth Circuit's holding in Lopez-Campos, Respondent is **ORDERED** to

---

[1] The Petition has been referred to the undersigned pursuant to Administrative Order No. 2026-16.

update the Court on his position within **two business days**.  If the basis of the detention is 8

U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either

distinguish this case from Lopez-Campos or state why Lopez-Campos otherwise does not apply.

If no such showing is made, Respondent shall state whether he consents to the issuance of the

writ.

      **IT IS SO ORDERED,** this 14th day of May, 2026.


                        s/Charmiane G. Claxton
                        CHARMIANE G. CLAXTON
                        UNITED STATES MAGISTRATE JUDGE

2