**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| JULIAN HERNANDEZ ROCHA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:26-cv-02407-SHL-cgc |
| ) | |
| CHRISTOPHER BULLOCK, Acting Director ) | |
| of the New Orleans Field Office of ICE, in his ) | |
| official capacity, ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner's Petition (ECF No. 1), filed April 9, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 16), filed May 21, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
_____
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

May 27, 2026
_____
Date